DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KASHELL BRIANNA WATSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1025
_____

August 23, 2024

Appeal from the Circuit Court for Manatee County; Lon Arend, Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H, Izakowitz, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


NORTHCUTT, VILLANTI, and SMITH, JJ., Concur.

_____


Opinion subject to revision prior to official publication.